ELECTRONICALLY FILED
12/13/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH LENTO,

                        Plaintiff,

    -against-

YONKERS PUBLIC SCHOOLS and
YONKERS BOARD OF EDUCATION,

                        Defendants.
------------------------------------------------------------x

"ECF FILED"

STIPULATION EXTENDING
DEFENDANTS' TIME TO ANSWER
MOVE, OR OTHERWISE RESPOND

16 cv 08819 (CS)(JCM)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their undersigned counsel, that:

      1.    Traub Lieberman Straus & Shrewsberry LLP ("Traub Lieberman") represents all of the named defendants in this matter and is authorized to accept service of process on behalf of all named defendants.

      2.    Plaintiff's service of the Summons, Complaint, Electronic Filing Rules, and the Individual Rules of Judge Cathy Seibel and Magistrate Judge Judith C. McCarthy by email to Traub Lieberman on November 29, 2016 was good and effective service of process, and defendants waive all rights they may have to challenge the validity of service of process upon them, or personal jurisdiction.

      3.    The date by which defendants time to answer, move or otherwise respond to plaintiffs' complaint shall be on or before January 25, 2017.

      4.    This stipulation is without waiver of any other claims, counterclaims and/or

defenses any of the parties may have against the other.

Dated: New York, New York
December 9, 2016

Himmel & Bernstein, LLP

By: _____
Tracey S. Bernstein
Attorneys for Plaintiff
928 Broadway, Suite 1000
New York, New York 10010
(212) 631-0200
tbernstein@hbesq.com

Traub Lieberman Straus & Shrewsberry LLP

By: _____
Hillary J. Raimondi, Esq.
Attorneys for Defendants
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, NY 10532
(914) 347-2600
hraimondi@traublieberman.com

So Ordered:

_____
U.S.D.J.

December 12, 2016

2