UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSEPH LENTO,                                           "ECF FILED"

                Plaintiff,                          NOTICE OF APPEARANCE

      -against-                                      16 cv 08819 (CS)(JCM)

YONKERS PUBLIC SCHOOLS and
YONKERS BOARD OF EDUCATION,

                Defendants.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE, that I, Hillary J. Raimondi, of TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, counsel for all defendants, in this action, hereby appear and respectfully request that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

                                    TRAUB LIEBERMAN STRAUS &
                                    SHREWSBERRY LLP

                                  By: _____
                                    Hillary J. Raimondi, Esq.
                                    Attorneys for Defendants
                                    Mid-Westchester Executive Park
                                    7 Skyline Drive
                                    Hawthorne, NY 10532
                                    (914) 347-2600
                                    hraimondi@traublieberman.com