# TRAUB LIEBERMAN
# STRAUS & SHREWSBERRY LLP

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile  (914) 347-8898
www.traublieberman.com

May 15, 2017

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York, 10601

Re: *Lento v. City of Yonkers, et al.*
    **16 cv 8819 (CS)**

Dear Judge Seibel:

We represent defendants in the above-referenced matter. On April 4, 2017, the parties appeared at a pre-motion conference in order to address defendants' anticipated motion to dismiss the amended complaint. The Court set a deadline of May 25, 2017 for the filing of such motion, which the parties indicated would be bundled.

Since the conference, the parties have engaged in discussions with the hope that additional litigation can be avoided. While progress has been made, we do not believe that any agreement can be finalized prior to next week's deadline, and would like to avoid the costs and expenses associated with motion practice. Accordingly, the parties respectfully request that the deadline for the motion to dismiss be extended until June 15, 2017, with opposition due on or before July 13, 2017 and reply due on or before July 31, 2017.

Should you have any questions, I can be reached by telephone at (914) 586-7061 or by email at hraimondi@traublieberman.com. We thank the Court for its consideration of this request.

Respectfully submitted,

*[signature]*

Hillary J. Raimondi

cc: Counsel for plaintiff via ECF