# TRAUB LIEBERMAN
# STRAUS & SHREWSBERRY LLP

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile  (914) 347-8898
www.traublieberman.com

June 14, 2017

Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York, 10601

Re:     *Lento v. City of Yonkers, et al.*
        **16 cv 8819 (CS)**

Dear Judge Seibel:

We represent defendants in the above-referenced matter. As the Court is aware, the parties have been engaged in discussions with the hope that additional litigation can be avoided. We have recently reached an agreement and anticipate filing a stipulation of dismissal by mid-week next week. We respectfully request that defendant's current June 15, 2017 deadline to file a motion to dismiss be adjourned *sine die*, with the proviso that on or before June 23, 2017, the matter will either be dismissed or the parties will request a new briefing schedule.

Should you have any questions, I can be reached by telephone at (914) 586-7061 or by email at hraimondi@traublieberman.com. We thank the Court for its consideration of this request.

Respectfully submitted,

Hillary J. Raimondi

cc:     Counsel for plaintiff via ECF

New York | New Jersey | Florida | Illinois | California | Connecticut | London (Liaison Office)