UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSEPH LENTO,                                        16-cv-08819 (CS)(JCM)

                              Plaintiff,             **STIPULATION**
                                                     **OF DISMISSAL**
         -against-

YONKERS PUBLIC SCHOOLS and
YONKERS BOARD OF EDUCATION,

                              Defendants.
-----------------------------------------------------------x

         The Parties hereto, by undersigned counsel, hereby stipulate and agree that in accordance

with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter shall be, and

hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.


Date:   June 13, 2017

*Tracey S. Bernstein*                                *Hillary Raimondi*
_____                              _____
Tracey S. Bernstein, Esq.                            Hillary Raimondi, Esq.
Himmel & Bernstein, LLP                              Traub, Lieberman, Straus & Shrewsberry LLP
928 Broadway, Suite 1000                             Seven Skyline Drive
New York, New York 10010                             Hawthorne, NY 10532
212-631-0200                                         914-347-2600
tbernstein@hbesq.com                                 hraimondi@traublieberman.com
*Counsel for Plaintiff*                              *Counsel for Defendant*