UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSEPH LENTO,                                        16-cv-08819 (CS)(JCM)

                Plaintiff,                  **STIPULATION**
                                             **OF DISMISSAL**

-against-

YONKERS PUBLIC SCHOOLS and
YONKERS BOARD OF EDUCATION,

                Defendants.
------------------------------------------------------------x

      The Parties hereto, by undersigned counsel, hereby stipulate and agree that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter shall be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Date:  June 13, 2017

_____
Tracey S. Bernstein, Esq.
Himmel & Bernstein, LLP
928 Broadway, Suite 1000
New York, New York 10010
212-631-0200
tbernstein@hbesq.com
*Counsel for Plaintiff*

_____
Hillary Raimondi, Esq.
Traub, Lieberman, Straus & Shrewsberry LLP
Seven Skyline Drive
Hawthorne, NY 10532
914-347-2600
hraimondi@traublieberman.com
*Counsel for Defendant*